UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANER WYRICK, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00566-JCM-GWF |
| vs. | ) **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on April 5, 2012. Defendant filed its Answer (#2) on April 5, 2012. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 4, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 24th day of May, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge