Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
702-893-3383
Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| SANER WYRICK<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:12-cv-0566-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties; by and through their respective counsel of record, and upon the representation having been made that all claims have been settled. The above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 24 day of September, 2013.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____ (#818)
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
American Family Mutual Insurance Company

DATED this 19 day of September, 2013.

VANNAH & VANNAH

_____
John B. Greene, Esq.
Nevada Bar No. 004279
400 South Fourth Street
6th Floor
Las Vegas, Nevada 89101
Attorney for Plaintiff
Saner Wyrick

IT IS SO ORDERED September 26. 2013.

_____
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD